UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:25-cv-06276 |
| JOHN DOE subscriber assigned IP address 99.50.98.213, | ) Judge: Lindsay C. Jenkins |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
<u>**WITH PREJUDICE OF JOHN DOE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 99.50.98.213, are voluntarily dismissed with prejudice.

Dated: August 1, 2025          Respectfully submitted,

                                        By: <u>*/s/ Jeremy J. Thompson*</u>
                                        Jeremy J. Thompson, Esq. (NV12503)
                                        The Law Office of Jeremy J. Thompson PLLC
                                        5200 Willson Road, Suite 150
                                        Edina, MN 55424
                                        Tel.: (952) 952-1883
                                        Fax: (952) 952-1884
                                        E-mail: jeremy@jthompson.law
                                        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jeremy J. Thompson*
Jeremy J. Thompson
