# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Strike 3 Holdings LLC

                Plaintiff,

v.                                    Case No.: 1:25−cv−06276

                                         Honorable Lindsay C. Jenkins

John Doe subscriber assigned IP address 99.50.98.213

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: In light of the voluntary dismissal [15] the August 12, 2025 status hearing is stricken. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.